Herman Franck, Esq. (SB # 123476)
Law Offices of Herman Franck
926 J Street, Suite 914
Sacramento, CA 95814
Tel. (916) 447-8400; Fax (916) 447-0720

Attorney for Plaintiffs
Kirsten Fisher, Haley Fisher,
McKensey Fisher-Mathis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN FISHER, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITUM FOR HER MINOR CHILDREN, HALEY FISHER, MCKENSEY FISHER-MATHIS, <br><br> Plaintiffs, <br><br> vs. <br><br> PLACER COUNTY, TRACY MAE ALVAREZ, ANTOINETTE FABELA, KEVIN HENDERSON, DIANE ROSE, GREG GEISLER, <br><br> Defendants. <br> _____/ | Case No. 2:05-CV-00771-FCD-DAD <br><br> **ORDER GRANTING PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINORS, HALEY FISHER, MCKENSEY FISHER-MATHIS** |

ORDER GRANTING PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINORS, HALEY FISHER, MCKENSEY FISHER-MATHIS        1

The Court has reviewed plaintiff Kirsten Fisher's petition pursuant to FRCP rule 17(c), seeking appointments as guardian ad litem over the claims of co-plaintiff Haley Fisher and McKensey Fisher Mathis.

GOOD CAUSE APPEARING THEREFORE, the Court hereby ORDERS as follow:

1. The Petition for appointment as guardian ad litem is GRANTED.

2. Kirsten Fisher is hereby appointed as guardian ad litem over the claims of Haley Fisher and McKensey Fisher-Mathis.

SO ORDERED:


/s/ Frank C. Damrell Jr.
Untied States District Court Judge            Dated: April 27, 2005