Herman Franck, Esq. (SB # 123476)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, CA 95814
Tel. (916) 447-8400; Fax (916) 447-0720

Attorney for Plaintiffs
Kirsten Fisher, Haley Fisher,
McKensey Fisher-Mathis

David K. Huskey, Esq.
Placer County Counsel's Office
175 Fulweiler Avenue
Auburn, CA 95603
Tel: (530) 889-4044
Fax: (530) 889-4049

Attorney for Defendants
Placer County, Tracy Mae Alvarez,
Antoinette Fabela, Kevin Henderson,
Diane Rose, Greg Geisler

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN FISHER, ON BEHALF OF HERSELF AND AS GUARDIAN AD LITEM FOR HER MINOR CHILDREN, HALEY FISHER, MCKENSEY FISHER-MATHIS, | Case No. 2:05-CV-00771-FCD-DAD |
| | STIPULATION FOR ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION DATE, TO RE SET DISPOSITIVE MOTION CUTOFF |
| vs. | |
| PLACER COUNTY, TRACY MAE ALVAREZ, ANTOINETTE FABELA, KEVIN HENDERSON, DIANE ROSE, GREG GEISLER, | |
| Defendants, | |

_____/

Plaintiff Kirsten Fisher on behalf of herself and as guardian ad litem for her minor children Haley Fisher and McKensey Fisher-Mathis and Defendants Placer County, Tracy Mae Alvarez, Antoinette Fabela, Kevin Henderson, Diane Rose, and Greg Geisler herewith submit this stipulation for an order continuing the hearing on Defendants' motion for summary judgment/summary adjudication current set for May 19, 2006 at 10:00 a.m. in Courtroom 2 of the above entitled court, and to reset the dispositive motion cutoff date.

Plaintiffs' counsel recently received Defendants' motion for summary judgment/summary adjudication set for May 19, 2006. Plaintiffs' counsel notes that opposition papers would be due on May 2, 2006. This is not enough time for Plaintiffs to put together the opposition to this motion.

Plaintiff Kirsten Fisher has some mental disabilities that make it difficult for her to react and get right on such a project. She will attend to it, but cannot do it quick enough with the present hearing date and opposition date.

Plaintiffs' counsel also has a scheduling conflict on May 19, 2006, as he will be in a Sacramento County Superior Court trial during that week.

Accordingly, Plaintiffs' counsel has asked Defendants' counsel David Huskey, Esq. if he would agree to put the hearing date over, subject to the Court's Order thereon and a further order resetting the dispositive motion cutoff date presently set for May 19, 2006.

Mr. Huskey does not oppose the request, and signs below to show his lack of opposition or objection to the request.


SO STIPULATED:


_____/s/_____                    Dated: April 26, 2006
Herman Franck, Esq.
Attorney for Plaintiffs


_____/s/_____                    Dated: April 25, 2006
David Huskey, Esq.
Attorney for Defendants

ORDER BASED ON STIPULATION

The Court accepts the foregoing stipulation of the parties and hereby ORDERS that the hearing date on Defendants' motion for summary judgment/summary adjudication is continued to June 16, 2006 at 10:00 a.m. in Courtroom 2, and the dispositive motion cutoff date is similarly continued to June 16, 2006.  All briefing on the motion shall comply with Local Rule 78-230. In light of the extensions granted above conflicts now exist with the court's calendar and the remaining dates as set in this action.  Accordingly, the following dates are hereby RESET: final pretrial conference is set for August 25, 2006 at 2:30 p.m.  The joint pretrial statement shall be filed on August 18, 2006.  The jury trial is set for November 7, 2006 at 9:00 a.m.

DATED: May 1, 2006

                                        /s/ Frank C. Damrell Jr.

                                        United States District Court Judge

STIPULATION FOR ORDER CONTINUING HEARING ON MOTION FOR SUMMARY
JUDGMENT/SUMMARY ADJUDICATION DATE, TO RE SET DISPOSITIVE MOTION CUTOFF