```
 1   0Herman Franck, Esq. (SB # 123476)
     Law Offices of Herman Franck
 2   1801 7th Street, Suite 150
     Sacramento, CA 95814
 3   Tel. (916) 447-8400; Fax (916) 447-0720
 4
     Former Attorney for Plaintiffs
 5   Kirsten Fisher, Haley Fisher,
     McKensey Fisher-Mathis
 6
```



FILED
JUN 13 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

KIRSTEN FISHER, ON BEHALF OF HERSELF
AND AS GUARDIAN AD LITEM FOR HER
MINOR CHILDREN, HALEY FISHER,
MCKENSEY FISHER-MATHIS,

vs.

PLACER COUNTY, TRACY MAE ALVAREZ,
ANTOINETTE FABELA, KEVIN HENDERSON,
DIANE ROSE, GREG GEISLER,

                Defendants,
_____/

Case No. 2:05-CV-00771-FCD-DAD

NOTICE OF SUBSTITUTION OF
ATTORNEY; ORDER THEREON

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiff Kirsten Fisher on behalf of herself and as guardian ad litem for her minor children Haley Fisher and McKensey Fisher-Mathis makes the following substitution of attorney:

1. Former legal representative: Attorney Herman Franck, Esq.

2. New legal representative: E. John Arton, Attorney at Law

1
NOTICE OF SUBSTITUTION OF ATTORNEY; ORDER THEREON

3. I consent to this substitution:

___Kirsten A. Fisher___          Dated: June 9, 2006
Kirsten Fisher
on behalf of herself and as guardian
ad litem Haley Fisher and
McKensey Fisher-Mathis

4. I consent to this substitution:

_____        Dated: June 9, 2006
Herman Franck, Esq.
Former attorney for Plaintiffs

4. I consent to this substitution:

___E. John Overton___   6/9/06
E. John Overton, Attorney at Law
6050 Placer West Dr. #116
Rocklin, Ca 95677
(916) 797-9013 Ph/Fax

SO ORDERED:

_____        Dated: 6/13/06
United States District,
Eastern District Court Judge

## PROOF OF SERVICE

I, Anthony Joseph declare as follows: That I am an adult over the age of 18, and reside in Sacramento County, California and am not a party to the present action. On the date signed below, I served by mailing by first class mail postage prepaid the following documents:

1. Substitution of Attorney.

The above listed documents were served on all parties herein by mailing copies to the following addresses:

David K. Huskey, Esq.
Placer County Counsel's Office
175 Fulweiler Avenue
Auburn, CA 95603
Tel: (530) 889-4044
Fax: (530) 889-4049

I declare under oath and under penalty of perjury that the forgoing is true and correct and that this declaration was executed on June __, 2006 in Sacramento, California.

_____
Sabrina Chen